**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SARA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-01523-MTS |
| | ) | |
| DIRECTOR DARRELL MISSEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Sara Jackson's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. Therein, Plaintiff reports that she has no "debts or financial obligations," has $350 in "regular monthly expenses," and has a monthly income of $1,299. *Id.* These numbers show that Plaintiff can afford to pay the filing fee. When litigants can afford to pay a filing fee but simply would rather not, they must make the decision whether their litigation is "worth the price." *See Roller v. Gunn*, 107 F.3d 227, 231 (4th Cir. 1997); *accord Norton v. Dimazana*, 122 F.3d 286, 291 (5th Cir. 1997). *See also Murray v. Dosal*, 150 F.3d 814, 818 (8th Cir. 1998) (per curiam) (recognizing that "fee requirements" make litigants "'stop and think' before filing suit"). Because Plaintiff can afford to pay the filing fee, the Court will deny her Application and order her to prepay the fee. *See* 28 U.S.C. § 1914(a).

In addition, Plaintiff has filed a Motion for Appointment of Counsel. Doc. [3]. She failed to complete the Motion, *see id.*, and has failed to file a memorandum in support of the Motion, E.D. Mo. L.R. 4.01(A). For that reason, she has not shown that

appointment of counsel is appropriate in this case at this time. *See Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018) (listing factors district courts should consider when determining whether to appoint counsel in civil cases). The Court will therefore deny that Motion without prejudice. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam) (explaining self-represented civil litigants do not have a "constitutional or statutory right to appointed counsel").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED**. No later than **Friday**, **December 18, 2026**, Plaintiff shall prepay the $405 filing fee in this matter. If Plaintiff fails to timely do so, the Court will dismiss this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel, Doc. [3], is **DENIED** without prejudice.

Dated this 20th day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE